

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2020

No. 04-19-00570-CV

**CITY OF SAN ANTONIO,**
Appellant

v.

Olga **HURON** and Dianna Rico,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV05317
Honorable J Frank Davis, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court